UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-08-116 |
| | § | |
| JOE GALECIO-ALVAREZ | § | |

## ORDER DENYING MOTION FOR RECONSIDERATION OF BOND

Pending is defendant's motion for reconsideration of the order detaining him without bond (D.E. 15). The motion was referred to undersigned United States Magistrate Judge. The motion was filed on May 7, 2008, after the defendant pleaded guilty.

The law applicable to defendant's case is found at 18 U.S.C. § 3143(a), and requires that a person who is awaiting imposition of sentence be detained unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released *and* his recommended guideline sentence does not include a term of imprisonment.

The defendant has not suggested that he is not facing a term of imprisonment, and he has offered no new evidence on the issue of risk of flight. In fact defendant offered no evidence to address the concerns set forth in the original detention order.

Defendant's motion (D.E. 15) is denied.

ORDERED this 14th day of July, 2008.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE